**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| TEXAS PRECIOUS METALS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 1:26-CV-00513-DAE |
| | § | |
| KELLY HANCOCK in his OFFICIAL | § | |
| CAPACITY as ACTING TEXAS | § | |
| COMPTROLLER of PUBLIC | § | |
| ACCOUNTS, and MACY DOUGLAS in | § | |
| her OFFICIAL CAPACITY as | § | |
| ADMINISTRATOR of THE TEXAS | § | |
| BULLION DEPOSITORY, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF TEXAS PRECIOUS METALS, LLC'S NOTICE OF APPEAL**

Plaintiff Texas Precious Metals, LLC ("Plaintiff") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order Denying Preliminary Injunction (Dkt. 50) entered in this action on May 26, 2026. This notice extends to all issues related to or subsumed in the aforementioned order, whether ruled upon explicitly or implicitly, and concerns any related orders, judgments, rulings, decisions, notices, or actions in the case that were adverse, either in whole or in part, to the Plaintiff. This includes, without limitation, the Order Denying Plaintiff's Request for a Temporary Restraining Order (Dkt. 25) entered on March 20, 2026.

Date: June 25, 2026

Respectfully submitted,

*/s/ Ryan Sullivan*

Casey Low
Texas Bar No. 24041363
casey.low@pillsburylaw.com

Ryan J. Sullivan
Texas Bar No. 24102548
ryan.sullivan@pillsburylaw.com

Elizabeth Blackford
Texas Bar No. 24150283
elizabeth.blackford@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
401 W. 4th Street
Suite 3200
Austin, TX 78701
(512) 580-9600

*Attorneys for Texas Precious Metals, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on June 25, 2026, a true and correct copy of the above and foregoing document was served on all parties and counsel set to receive notice by the Court's ECF system.

/s/   *Ryan Sullivan*
Ryan Sullivan